IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HOPE A. JOY-HOLLIS                                     PLAINTIFF

v.                          Civil No. 07-5124

MICHAEL J. ASTRUE[1], Commissioner
SOCIAL SECURITY ADMINISTRATION                  DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to **provisionally file** the complaint *nunc pro tunc* as of July 9, 2007.

Plaintiff's *in forma pauperis* application will be returned by the United States District Clerk without filing due to her failure to complete the entire application. Plaintiff has indicated that her husband has money in a checking account but fails to indicate the amount in the account. As Arkansas is a community property state, plaintiff is required to report these funds to the court. Accordingly, plaintiff is given up to and including July 27, 2007, in which to furnish the court with an application or pay the filing fee. If plaintiff's spouse is employed, plaintiff is also required to report his salary and/or any monies he receives as income. Should plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

Service shall not issue in this matter until a completed *in forma pauperis* application has been returned to the court.

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

IT IS SO ORDERED on this the 16th day of July 2007.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 18 2007

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

AO72A
(Rev. 8/82)