IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HOPE A. JOY-HOLLIS                                                                              PLAINTIFF

vs.                                    Civil No. 5:07-cv-05124

MICHAEL J. ASTRUE                                                                             DEFENDANT
Commissioner, Social Security Administration

**JUDGMENT**

Comes now the Court on this the 17th day of July 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE